IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>         Plaintiff,<br><br>v.<br><br>AT HOME PERSONAL CARE SERVICES, LLC, and ROBIN WRIGHT, Individually,<br><br>         Defendants. | Civil No.: 1:18-cv-549 (LMB/IDD) |

**[PROPOSED] ORDER**

Having reviewed the Parties' Joint Motion to Extend Discovery Deadlines and Continue the Final Pretrial Conference, it is ORDERED that the motion is hereby GRANTED. The deadline for Defendants to cure their discovery deficiencies; allow the parties to complete depositions of Wage and Hour Division Assistant District Director Christopher Silva, At Home Personal Care's Administrator, Lamonte Wright, and At Home Personal Care's CPA, Mark Thompson; and allow Plaintiff to file motions, as appropriate, under the existing discovery request is January 14, 2019.

Neither party shall be permitted to conduct any additional depositions, except as set forth herein or properly noticed by December 2, 2018, or propound additional discovery, absent leave of the Court. Further, any discovery disputes and/or corresponding motions Defendant seeks to raise with the Plaintiff or file with the Court shall be commensurate with the Court's August 17, 2018 Scheduling Order. The Final Pretrial Conference and deadlines commensurate with the Final Pretrial Conference is January 18, 2019.

Entered this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE