## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

R. ALEXANDER ACOSTA, SECRETARY
OF LABOR, UNITED STATES
DEPARTMENT OF LABOR,

               Plaintiff,

v.

AT HOME PERSONAL CARE SERVICES,
LLC, and ROBIN WRIGHT, Individually,

               Defendants.

Civil No.: 1:18-cv-549 (LMB/IDD)

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Overrule Defendants' Objections and Compel Discovery Responses and memorandum of law in support thereof, it is hereby:

ORDERED that the Motion is hereby GRANTED, and that Defendants At Home Personal Care LLC and Robin Wright, individually and as Owner of At Home Personal Care LLC objections are overruled; and it is further

ORDERED that  by seven (7) calendar days of the date of this Order, Defendants At Home Personal Care LLC and Robin Wright, individually and as Owner of At Home Personal Care LLC shall produce all non-privileged materials in response to Plaintiff's Interrogatories No. 4,5, 8, and 15  and Document Requests No. 2, 3, 4, 5,6, 9, 12, 15, 16, 17, 18, 19, and 20; and it is further

ORDERED that by January 11, 2019 at noon, Defendants At Home Personal Care LLC and Robin Wright, individually and as Owner of At Home Personal Care LLC shall produce all

responsive documents to Document Requests No. 2, 3, 4, 5,6, 9, 12, 15, 16, 17, 18, 19, and 20

and supplement answers to Plaintiff's Interrogatories No. 4,5, 8, and 15.

    AND THIS CAUSE IS CONTINUED.


    Entered this_____day of_____, 2019.


_____

          UNITED STATES DISTRICT JUDGE