IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| R. ALEXANDER ACOSTA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:18-cv-00549 (LMB/IDD) |
| AT HOME PERSONAL CARE SERV., LLC, *et al.*, | ) |
| Defendants. | ) |

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff's Motion for Sanctions [Dkt. No. 38] is **HELD IN ABEYANCE**. By 12 p.m. on Tuesday, February 5, 2019, Defendants shall remedy any deficiencies set forth in Plaintiff's Exhibit A attached to its Motion [Dkt. No. 38-1]. On the same day, Defendants' counsel shall also file a notice with an affidavit from Defendants indicating that they have provided all documents under its custody and control to remedy the discovery deficiencies. If such deficiencies have not been remedied, then Defendants shall explain why not. The Court will then rule on this Motion on the papers by Thursday, February 7, 2019. Sanctions will be imposed on Defendants should they fail to comply.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 1st day of February 2019.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia