IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

R. ALEXANDER ACOSTA,   )
                       )
          Plaintiff,   )
                       )
v.                     )   Civil Action No. 1:18-cv-00549 (LMB/IDD)
                       )
AT HOME PERSONAL CARE  )
SERV., LLC, *et al.*,  )
                       )
          Defendants.  )
_____)

## ORDER

This matter is before the Court on Plaintiff's Motion for Sanctions [Dkt. No. 38]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. This Motion was previously held in abeyance [Dkt. No. 50]. Pursuant to Defendants' Notice of Filing [Dkt. No. 60], it is hereby

**ORDERED** that Plaintiff's Motion for Sanctions [Dkt. No. 38] is **GRANTED in part and DENIED in part.** Plaintiff's Motion is granted as to awarding attorney's fees for the filing of Plaintiff's Motion for Sanctions [Dkt. No. 38]. The Motion is denied in all other respects.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 5th day of February 2019.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia