# CIVIL MOTION MINUTES

Date:    02/22/19                          Judge: Brinkema

                                           Reporter: A. Thomson

Time:    10:09am – 11:06am

Civil Action Number: 1:18cv549

   R. Alexander Acosta              vs.    At Home Personal Care Services LLC et al

Appearances of Counsel for        (X ) Pltf          (X) Deft

Motion to/for:

 #45 Deft Motion to Dismiss for Failure to State a Claim

 #51 Pltf Motion for Summary Judgment

Argued &

(   ) Granted    ( X ) Denied (      ) Granted in part/Denied in part

(    )Taken Under Advisement (      ) Continued to

(   ) Memorandum Opinion to Follow

(X )   Order to follow