**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

AT HOME PERSONAL CARE SERVICES, LLC, and ROBIN WRIGHT, Individually,

    Defendants.

Civil No.: 1:18-cv-549 (LMB/IDD)

## WORKING SUMMARY OF HOURS AND WAGE CALCULATIONS

| No. | Employee Name | DOL OT Hours (1/26/16 - 10/7/2017) | DOL Calculated Backwages Owing | AHP OT Total Hours (1/26/16 - 10/7/2017) | AHP Calculated Backwages Owing |
|---|---|---|---|---|---|
| 1 | Nana Achiaa Karikari Boateng | 340 | $2,117.50 | 226 | $1243 |
| 2 | Angela Alanis | 10 | $50.00 | 10 | $50.00 |
| 3 | Patience Ankrasi | 225 | $1,299.29 | 210 | $1,202.25 |
| 4 | Joesph Ansah | 107 | $626.38 | 73 | $438 |
| 5 | Roxana Arita | 4.5 | $22.50 | 0 | 0 |
| 6 | Kathy Averett | 119 | $584.33 | 92 | $453.1 |
| 7 | Arninata Bangura | 27 | $145.44 | 11 | $60.50 |
| 8 | Elaine Bland | 64.5 | $357.65 | 47.5 | $261.25 |
| 9 | Princess Bent | 96.7 | $495.89 | 49.5 | $247.50 |
| 10 | Queenempress Brent | 6 | $30.00 | 0 | $0 |
| 11 | Alice Brummett | 87.5 | $500.94 | 87.5 | $500.94 |
| 12 | Silvia Castillo | 48 | $238.56 | 48 | $238.56 |
| 13 | Caitlyn Chaus | 770.4 | $4,905.40 | 674 | $3,707 |
| 14 | Karla Cortez | 734.45 | $4,905.68 | 660.2 | TBD |
| 15 | Afoa Crentsil | 136 | $608.00 | 68 | $340 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | Gabriel Daraie | 1116 | $5,859.00 | 1003 | $5,265.75 |
| 17 | Malessia Dawson | 1744.94 | $9,160.94 | 1439 | $7,554.75 |
| 18 | Renee Dennis | 63.9 | $353.75 | 19.5 | $107.25 |
| 19 | Jacqueline Dunkley | 967.88 | $5,259.40 | 615.53 | $3,077.65 |
| 20 | Persable Edwards | 64 | $800.00 | 0 | 0 |
| 21 | Mineabelle Foading | 134 | $737.00 | 48 | $264 |
| 22 | Guadalupe Gallardo | 14 | $70.00 | 1 | $5 |
| 23 | Cheryl Green | 138 | $690.00 | 138 | $690 |
| 24 | Florence Gyamfi | 30 | $264.00 | 30 | $165 |
| 25 | Robin Heiden | 556.46 | $2,782.30 | 478 | $2,390 |
| 26 | Traci Hicks | 120.5 | $602.50 | 107.5 | $537.25 |
| 27 | Isha Kargbo | 17.5 | $87.50 | 17.5 | $87.50 |
| 28 | Shiqesh Lewis | 730.5 | $3,717.50 | 293.5 | $1,467.5 |
| 29 | Felicita Lopez | 454.5 | $2,670.06 | 416 | $2,441.92 |
| 30 | Annie Martin | 432.5 | $2,401.88 | 420.5 | $2,207.63 |
| 31 | Lucilla Mayorga | 37 | $210.00 | 0 | $0 |
| 32 | Yendis Meja | 43 | $215.00 | 20 | $100 |
| 33 | Elda Mendoza | 13 | $65.00 | 10 | $50 |
| 34 | Mahin Miramini | 882.18 | $5,824.53 | 421.1 | $2,526.6 |
| 35 | Sharon Nadeau | 232.67 | $1,279.69 | 227 | $1,248.5 |
| 36 | Dijohn Nolen | 128 | $576.00 | 122 | $549 |
| 37 | Ingrid Portillo | 635.3 | $3,479.86 | 432.3 | $2,323.61 |
| 38 | Illana Quinteros | 43 | $325.00 | 2 | $10 |
| 39 | Claudia Romero | 131.8 | $810.15 | 67.5 | $371.25 |
| 40 | Alice Sanderson | 192.67 | $1,131.94 | 187 | $1,098.63 |
| 41 | Lydia Schaeffer | 78.67 | $564.69 | 45 | $2,475 |
| 42 | Cory Shaulis | 55.5 | $305.25 | 16.5 | $9.75 |
| 43 | Andrea Van Pel | 28.25 | $141.25 | 28.25 | $141.25 |
| 44 | Amy Wadlow | 35.1 | $175.50 | 0 | $0 |

Post Office Address

U.S. Department of Labor
201 12th Street South, Suite 401
Arlington, VA 22202
Phone: 202.693.9393
Fax: 202.693.9392

Respectfully Submitted,

Kate S. O'Scannlain
Solicitor of Labor

Oscar L. Hampton
Regional Solicitor

Samantha N. Thomas
Associate Regional Solicitor

Leah Williams
Wage and Hour Counsel

*/s/ Ryma Lewis*
Ryma Lewis
Attorney
Office of the Regional Solicitor
201 12th Street South
Arlington, VA 22202-5450
VA Bar No.: 83322
P: (202)693-9369
F: (202)693-9392
E: Lewis.Ryma@dol.gov

*/s/ Chervonti Jones*
Chervonti Jones
Attorney
Office of the Regional Solicitor
201 12th Street South
Arlington, VA 22202-5450
DC Bar No.: 1007012
(admitted *pro hac vice*)
P: (202)693-9373
F: (202)693-9392
E: Jones.Chervonti.J@dol.gov

_____/s/_____
SETH JAMES B. OBED, VSB #82482
Obed Law Group, PLC
111 Oronoco Street
Alexandria, VA 22314
[T] (703) 638-8913; [F](703)894-4940
sobed@obedlaw.com
*Attorney for Defendants*