Trial by the Court
Civil Case

Date: 03/12/19    Case Number: 1:18cv549    Start: 2:00pm
Judge: Brinkema    Court Reporter: Thomson    Lunch: ___
    End: 6:00pm

R. Alexander Acosta    Ryma Lewis, S. Jones

v.

At Home Personal Care Services LLC, et al    Seth Obed

This case comes on for trial by the Court.  Appearances of Parties & Counsel.

Rule on witnesses   (X)

Opening statements made   (  )

**Plaintiff**(s)/Government adduced evidence   (X) Motions: ___

**Defendant**(s)/Government adduced evidence (X) Motions: ___

Closing arguments heard (  )

JUDGMENT OF THE COURT: ___

Taken under advisement (   )        Clerk to enter judgment (   )

Case Continued To: Thursday March 14, 2019 at TBD    For Day 2 Bench Trial