Trial by the Court
Civil Case

Date: 03/14/19  Case Number: 1:18cv549  Start: 9:30am
Judge: Brinkema  Court Reporter: Thomson  Lunch: 1:05pm-2:02pm
 End: 5:46pm

R. Alexander Acosta  Ryma Lewis, Chervonti Jones

v.

At Home Personal Care Services LLC, et al  Seth Obed

This case comes on for trial by the Court.   Appearances of Parties & Counsel.

Rule on witnesses   ( )

Opening statements made   ( )

**Plaintiff**(s)/Government continued to adduce evidence and rests (X) Motions:

**Defendant**(s)/Government continue to adduce evidence and rests (X) Motions:

Closing arguments heard (X )

JUDGMENT OF THE COURT:

Taken under advisement (X )  Clerk to enter judgment (   )