1:18cv549

# PLAINTIFF'S EXHIBIT LIST

| No. | Description |
|---|---|
| 1 | DTX008: Signed statements reflecting receipt of handbook |
| A ✓ 2 | PX 34A: AHP Timesheet Summaries  Wright 3/14/19, Mendez |
| NA  3 | PX10A: WH-56 Updated Back Wage Summary, Roberts 3/14/19 |
| A ✓ 4 | PX11: Employee Statements  Roberts 3/14/19 |
| A ✓ 5 | PX13: Initial Conference Notes  Roberts 3/14/19 |
| A  6 | PX24: Email re. liability and payment |
| A ✓ 7 | PX25: Appointment Letter  Roberts 3/14/19 |
| A ✓ 8 | PX34B: AHP Payroll Summaries  Wright 3/14/19, Mendez |
| 9 | PX36A: Example - Provider Aide Records: Minabelle Foading |
| A ✓ 10 | PX40: Board Meeting Minutes, October 1, 2014  Wright 3/14/19 |
| A ✓ 11 | PX41: Employee Handbook  Wright 3/14/19 |
| A ✓ 12 | PX46A: Dunkley Personnel File  Dunkley 3/12/19, Wright |
| ✓ 13 | PX46B: Provider Aide Records – Angela Alanis  Dunkley 3/12/19 |
| 14 | PX46C: Chaus Personnel File |
| A ✓ 15 | PX46D: Heiden Personnel Records - W9 Form  Heiden 3/12/19 |
| A ✓ 16 | PX46E: Bland Personnel Records - W9 Form  Bland 3/12/19 |
| 17 | PX46F: Shaulis Personnel Records - W9 Form |
| A ✓ 18 | PX46G: Romero Personnel Records - W9 Form  Romero 3/12/19 |
| A ✓ 19 | PX46H: Daraie Personnel Records - Record of Disciplinary Action  Daraie 3/12/19 |
| A ✓ 20 | PX46I: Dennis Personnel Records - W9 Form  Dennis 3/12/19 |
| 21 | PX46J: Lewis Personnel Records - W9 Form |
| 22 | PX46K: Averett Personnel Records - W9 Form |
| 23 | PX46L: Martin Personnel Record - W9 Form |
| A ✓ 24 | PX46M: Provider Care Record - Nana Achiaa Karikari Boateng  Wright 3/14/19 |
| 25 | PX47: Defendants' Answers to Interrogatories |
| A 26 | PX48: Defendants' Answers to Request for Admissions |
| A ✓ 27 | PX49A: FLSA Narrative  Roberts 3/14/19 |
| 28 | PX49B: W-9s |
| 29 | PX51A: Thompson revisions to Declaration |
| 30 | PX51B: Thompsons email with RSOL |
| 31 | PX51C: Thompson Signed Declaration |
| 32 | PX55: AHP Stipulation of Hours Worked |
| 33 | PX53A: Foading Sample Paystubs |
| 34 | PX8: Tolling Agreement |
| 35 | PX53B: Declaration of Robin Heiden |
| ✓ 36 | Compilation of Provider A Records - Dunkley 3/12/19 |

1:18-cv-549